UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MELISSA COURTNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   1:19-CV-1006-JRS-TAB |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby ENTERS

JUDGMENT in favor of the Plaintiff and REVERSES AND REMANDS this matter to the

Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C.

§ 405(g).


SO ORDERED.

Date: 9/4/2019

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana


Laura A. Briggs, Clerk


BY: _____
Deputy Clerk, U.S. District Court


Distribution to all parties of record via CM/ECF.